IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FEDERAL TRADE COMMISSION, et al.,

                Plaintiff,         Case No. 3:11 CV 47

  -vs-

PROMEDICA HEALTH SYSTEM, INC.,        JUDGMENT ENTRY

                Defendant.

KATZ, J.

    For the reasons stated in the Findings of Fact, Conclusions of Law filed contemporaneously with this entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiffs' motion for preliminary injunction (Doc. No. 4) is granted in substantial part.

    FURTHER ORDERED that the parties are to abide by the terms of the Hold Separate Agreement, as amended, until further order of this Court or an agreement by the parties, subject to Court approval, which shall supercede this Order.

    FURTHER ORDERED that this Order shall remain in effect until either (1) the completion of all legal proceedings by the Commission challenging the Acquisition, including all appeals, or (2) further order of the Court, including upon the request of the Commission before completion of such legal proceedings.

                                                  S/ *David A. Katz*
                                                  DAVID A. KATZ
                                                  U. S. DISTRICT JUDGE