IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, and STATE OF OHIO | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No.: 3:11-cv-00047 (DAK) |
| PROMEDICA HEALTH SYSTEM, INC. | ) ) | Hon. David A. Katz |
| Defendant. | ) ) ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT PROMEDICA HEALTH SYSTEM, INC.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR MODIFICATION OF PRELIMINARY INJUNCTION ORDER**

Upon consideration of Defendant ProMedica Health System, Inc.'s, Motion for Extension of Time to Respond to Plaintiff's Motion for Modification of Preliminary Injunction Order,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that Defendant's Response to Plaintiff's Motion for Modification of Preliminary Injunction Order is to be filed on or by January 17, 2012.

**SO ORDERED**, this 21st day of Dec., 2011.

/s/ David A. Katz

United States District Court Judge

DM_US 31129354-1.049344.0010