Motion granted, Counsel to file forthwith.

IT IS SO ORDERED

/s/ David A. Katz
David A. Katz, Senior Judge

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, and STATE OF OHIO ) ) | | |
| Plaintiffs, ) ) | | |
| v. ) ) | Civ. No.: 3:11-cv-00047 (DAK) | |
| PROMEDICA HEALTH SYSTEM, INC. ) ) | Hon. David A. Katz | |
| Defendant. ) ) | | |

**DEFENDANT PROMEDICA HEALTH SYSTEM INC.'S MOTION TO FILE ITS OPPOSITION TO PLAINTIFF'S MOTION FOR MODIFICATION OF PRELIMINARY INJUNCTION ORDER UNDER SEAL**

Defendant ProMedica Health System, Inc. ("ProMedica"), by its undersigned attorneys, respectfully moves this Court for an order, pursuant to Federal Rules of Civil Procedure 5.2 and 7(b) and Local Civil Rule 5.2, directing the Clerk of the Court to file under seal its Opposition to Plaintiff's Motion for Modification of the Preliminary Injunction Order, with attachments. In support of its motion, ProMedica states as follows:

1) On December 19, 2011, Plaintiff, Federal Trade Commission, filed its Motion for Modification of the Preliminary Injunction Order with this Court.

2) On December 21, 2011, this Court granted ProMedica's motion for an extension of time in which to respond to Plaintiff's motion.

3) Pursuant to the Court's order of December 21, 2011, ProMedica will file its Opposition to Plaintiff's Motion for a Modification of the Preliminary Injunction Order ("Opposition Brief") on January 17, 2012.